WHITE *v.* THE SINGER MANUFACTURING COMPANY.

*Lumpkin, J.*—This case falls within the established rule relating to the granting of a first trial, and therefore the judgment excepted to will not be disturbed.          *Judgment affirmed.*
February 7, 1896.

Trover. Before Judge Clark. Rockdale superior court. April term, 1895.

*J. N. Glenn* and *A. C. McCalla,* for plaintiff in error.
*George W. Gleaton,* contra.

---

HAM *v.* THE GEORGIA RAILROAD AND BANKING COMPANY.

*Simmons, C. J.*—Under the facts in evidence it does not appear that the defendant was guilty of any act, whether negligent or otherwise, which could be fairly treated as the proximate cause of the plaintiff's injury; and the judgment of nonsuit was therefore correct.          *Judgment affirmed.*
February 7, 1896.

Action for damages. Before Judge Clark. Rockdale superior court. April term, 1895.

Randall Ham sued the railroad company, and was nonsuited. Upon the trial he testified: I got on the cars, paid the conductor my fare, sat down on a seat, and told him I wanted to get off up there at Hamilton's crossing. He turned around and said, "Go to the other car and tell Dick Jackson to let you off there." He went on through the car, and I went on in the car to tell Dick, and while I was telling Dick the train-hand came in, and I turned and came right on behind him back to my car; and as I went into the door he slammed the door right back on the forefinger of the left hand, and the end of it was cut off by the door slamming against it. This was about half a mile from Conyers, on a train of defendant. When I went in and sat down and paid my fare, I was in the colored people's car. The porter was in the baggage-car in front. I was going into the car, and in walking across the platform, the